IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00490-RMR-SBP

BRIAN HOLTSCLAW, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

STAKE CENTER LOCATING, LLC, a Utah limited liability company,

    Defendant.

**JOINT MOTION TO EXTEND THR DEADLINE TO FILE THE PARTIES' RESPECTIVE MOTION TO COMPEL OR MOTION FOR PROTECTIVE ORDER**

    COME NOW Plaintiff Brian Holtsclaw, individually and for others similarly situated, and Defendant Stake Center Locating, LLC (collectively the "Parties"), and hereby jointly request the Court grant this Joint Motion to Extend the Deadline to File the Parties' Respective Motion to Compel or Motion for Protective Order. In support thereof, the Parties show this Court as follows:

    1.    On March 18, 2025, the Parties submitted a Joint Discovery Statement to this Court regarding numerous discovery disputes that arose in this matter.

    2.    On April 22, 2025, the Court issued an order directing the Parties to file an appropriate motion to compel or motion for protective order by May 13, 2025. *See* Doc. 39. The Court further instructed the Parties to make final attempts to try and resolve at least some of the disputes. *Id.*

    3.    Since receiving the order, the Parties have conferred regarding the discovery disputes on two separate occasions, as well as through email. Although the Parties have not yet come to any concrete agreements as to the discovery at issue in the joint statement, there has been significant headway. The Parties intend to continue conferring on these matters next week.

    4.    Due to the ongoing efforts of the Parties to amicably resolve this discovery dispute without extensive motion practice and wasting Court resources, the Parties jointly request a short

seven (7) day extension of time to file their respective motion to compel or motion for protective order—if any are needed at that time.

5. There have been no previous extensions of the deadline to file these motions.

6. This request is not made for purposes of delay but so that justice may be done.

WHEREFORE, the Parties respectfully request the Court find that good cause exists for a seven (7) day extension for the Parties to file their respective motion to compel or motion for protective order, and grant this Joint Motion.

Dated: May 9, 2025                                     Respectfully submitted,

By: */s/ Richard M. Schreiber*
Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax:     (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

Brian D. Gonzales
**LAW OFFICES OF BRIAN D. GONZALES PLLC**
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Phone: (970) 214-0562
bgonzales@coloradowagelaw.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax:     (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR HOLTSCLAW & THE HOURLY UTILITY LOCATORS**

**-AND-**

*/s/ Daniel D. Stratton*
Denis E. Jacobson
Alan B. Felts
Daniel D. Stratton
**TUGGLE DUGGINS P.A.**
400 Bellemeade Street, Suite 800
Greensboro, North Carolina 27401
Phone: (336) 378-1431
Fax: (336) 274-6590
djacobson@tuggleduggins.com
afelts@tuggleduggins.com
dstratton@tuggleduggins.com

Zane A. Gilmer
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 376-8416
zane.gilmer@stinson.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon all attorneys of record this 9th day of May 2025, via the Court's electronic filing system.

*/s/ Richard M. Schreiber*
Richard M. Schreiber