# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00490

BRIAN HOLTSCLAW, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

STAKE CENTER LOCATING, LLC, a Utah limited liability company,

    Defendant.

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE PARTIES' RESPECTIVE MOTION TO COMPEL OR MOTION FOR PROTECTIVE ORDER

COME NOW Plaintiff Brian Holtsclaw, individually and for others similarly situated, and Defendant Stake Center Locating, LLC (collectively the "Parties"), and hereby jointly request the Court grant this Joint Motion to Extend the Deadline to File the Parties' Respective Motion to Compel or Motion for Protective Order. In support thereof, the Parties show this Court as follows:

1.    On March 18, 2025, the Parties submitted a Joint Discovery Statement to this Court regarding numerous discovery disputes that arose in this matter.

2.    On April 22, 2025, the Court issued an order directing the Parties to file an appropriate motion to compel or motion for protective order by May 13, 2025. *See* Doc. 39. The Court further instructed the Parties to make final attempts to try and resolve at least some of the disputes. *Id.*

3.    The Parties have diligently conferred on multiple occasions regarding the discovery disputes, but have not yet come to any firm agreements at this time. In fact, the Parties conferred today and intend to further confer next week in the hopes of resolving the discovery dispute or narrowing issues by agreement.

4.    Due to the ongoing efforts of the Parties to amicably resolve this discovery dispute without extensive motion practice and wasting Court resources, the Parties jointly request a ten (10)

day extension of time to file their respective motion to compel or motion for protective order—if any are needed at that time. The Parties believe this additional time will be a sufficient for further and final conferral on these issues.

5. This is the third joint extension request of the deadline to file these motions.

6. This request is not made for purposes of delay but so that justice may be done.

WHEREFORE, the Parties respectfully request the Court find that good cause exists for a ten (10) day extension for the Parties to file their respective motion to compel or motion for protective order, and grant this Joint Motion.

Dated: May 30, 2025                                              Respectfully submitted,

/s/ *Richard M. Schreiber*
Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax:     (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

Brian D. Gonzales
**LAW OFFICES OF BRIAN D. GONZALES PLLC**
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Phone: (970) 214-0562
bgonzales@coloradowagelaw.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax:     (713) 877-8065
rburch@brucknerburch.com

2

**ATTORNEYS FOR HOLTSCLAW &
THE HOURLY UTILITY LOCATORS**

**-AND-**

*/s/ Daniel D. Stratton*
Denis E. Jacobson
Alan B. Felts
Daniel D. Stratton
**TUGGLE DUGGINS P.A.**
400 Bellemeade Street, Suite 800
Greensboro, North Carolina 27401
Phone: (336) 378-1431
Fax: (336) 274-6590
djacobson@tuggleduggins.com
afelts@tuggleduggins.com
dstratton@tuggleduggins.com

Zane A. Gilmer
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 376-8416
zane.gilmer@stinson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served upon all attorneys of record this 30th day of May 2025, via the Court's electronic filing system.

*/s/ Richard M. Schreiber*
**Richard M. Schreiber**